### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUL SHAHEED,** | : | |
| | : | |
| **Petitioner** | | **CIVIL ACTION NO. 3:12-2375** |
| | : | |
| **v.** | | **(MANNION, D.J.)** |
| | : | **(MEHALCHICK, M.J.)** |
| **UNITED STATES PAROLE** | | |
| **COMMISSION,** *et al.,* | : | |
| | | |
| **Respondents** | : | |

# O R D E R

In light of the memorandum issued this same day, Judge Mehalchick's report and recommendation, (Doc. 24), is **ADOPTED IN FULL** and petitioner's motion, (Doc. 23), is **GRANTED**. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 28, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-2375-01-order.wpd